**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000550
27-FEB-2025
08:32 AM
Dkt. 102 ODMR**

NO. CAAP-21-0000550

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ATC MAKENA N GOLF LLC, ATC MAKENA S GOLF LLC,
ATC MAKENA LAND SF1 LLC, ATC MAKENA LAND MF1 LLC,
ATC MAKENA LAND MF2 LLC, ATC MAKENA LAND MF3 LLC,
ATC MAKENA LAND C1 LLC, ATC MAKENA LAND U1 LLC,
ATC MAKENA LAND B1 LLC, ATC MAKENA LAND MF4 LLC,
ATC MAKENA LAND SF2 LLC AND ATC MAKENA LAND AH1 LLC,
Plaintiffs-Appellees, v.
AZIZI KAIAMA, Defendant-Appellant, and
DOES 1-100, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-20-0000099)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Wadsworth, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of self-represented Defendant-Appellant Azizi Kaiama's (**Kaiama**) Motion for Reconsideration, the papers in support, and the record, it appears that:

(1) On January 31, 2025, this court in a Summary Disposition Order reversed in part and affirmed in part the Circuit Court of the Second Circuit's September 22, 2021 (1) "Findings of Fact,

Conclusions of Law, and Order Granting Plaintiffs' Motion for Summary Judgment, Filed on August 4, 2021" and (2) Final Judgment; and affirmed the circuit court's September 22, 2021 (1) Writ of Possession and (2) "Order Denying Non-Hearing Motion to Vacate Judgment from September 1, 2021 Hearing";

(2)     On February 21, 2025, Kaiama moved for reconsideration of this court's January 31, 2025 Summary Disposition Order; and

(3)     Motion(s) for Reconsideration of the January 31, 2025 Summary Disposition Order were due on or before February 10, 2025.  See Hawaiʻi Rules of Appellate Procedure Rule 40(a).  The Motion is thus untimely.

Therefore, IT IS ORDERED that the Motion is denied.

DATED:  Honolulu, Hawaiʻi, February 27, 2025.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge

2